UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CRAIG PATTERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF YUBA CITY, et al.,<br><br>  Defendants. | Case No.: 2:12-cv-01350-MCE-CKD<br><br>**ORDER DISMISSING CLAIMS AND PARTY WITH PREJUDICE**<br><br>*[Joint Stipulation filed concurrently herewith]* |

Pursuant to the Joint Stipulation to Dismiss Plaintiff's Claims Two, Three and Four and Robert Landon with Prejudice entered into and filed by Plaintiff and Defendants, IT IS ORDERED as follows:

1. Plaintiff's claims—specifically, Claims Two, Three and Four—are dismissed from this action, with prejudice.

///
///
///
///
///

    2.    Robert Landon is dismissed from this action, with prejudice.

    3.    Each party is to bear their own costs and attorney's fees.

    4.    The case shall proceed on Plaintiff's remaining claim(s).

IT IS SO ORDERED.

Dated: May 26, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT